**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CIVIL ACTION NO. 12-37-C**

**TARA J. ELLIOTT ET AL., PLAINTIFFS,**

**V.** **ORDER**

**AMAZON.COM, INC., DEFENDANT.**

* * * * * * * * * *

Upon the court's own motion and pursuant to the related-case policy of the court, **IT IS ORDERED** that the above-styled matter is **TRANSFERRED** to the docket of the Honorable Charles R. Simpson, III, United States District Court for the Western District of Kentucky, for all further proceedings.

Signed on January 25, 2012

Jennifer B. Coffman

**Jennifer B. Coffman, Judge**
**United States District Court**